THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM TIMMONS, Defendant-Appellant.

(No. 73-51; )

Second District—January 13, 1975.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Association, of counsel), for the People.